IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG HINES EL, | : | CIVIL ACTION |
|     Petitioner, | : | |
| | : | |
| v. | : | NO. 15-cv-4103 |
| | : | |
| SUPERINTENDENT MOONEY, et al., | : | |
|     Respondents. | : | |

## ORDER

AND NOW, this 3rd day of December, 2015, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is SUMMARILY DISMISSED as time barred.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_/s/ Joseph F. Leeson, Jr._
JOSEPH F. LEESON, JR.    J.