UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CRAIG HINES EL,<br>    Petitioner,<br><br>v.<br><br>MOONEY, *SUPERINTENDENT*;<br>DISTRICT ATTORNEY OF THE<br>COUNTY OF BERKS; and<br>ATTORNEY GENERAL OF THE<br>STATE OF PENNSYLVANIA,<br>    Respondents. | No. 5:15-cv-04103 |

# **O R D E R**

**AND NOW**, this 16th day of November, 2017, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Hines El's objections, ECF No. 11, to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation, ECF No. 6, is **APPROVED and ADOPTED**;

3. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED** as untimely;

4. This case is **CLOSED**; and

5. There is no basis for the issuance of a certificate of appealability.

                                              BY THE COURT:


                                              */s/ Joseph F. Leeson, Jr.*
                                              JOSEPH F. LEESON, JR.
                                              United States District Judge